UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff | §<br>§<br>§<br>§ |
| v. | §     C.A. No. C-06-288 |
| | §<br>§ |
| MARYANN IRIGOYEN,<br>　　　Defendant | §<br>§ |

### ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

On July 5, 2007, the United States Magistrate Judge filed an Amended Memorandum and Recommendation in this case (D.E. 17). Defendant did not file objections. The Court regards such omission as Plaintiff's agreement with and acceptance of the Magistrate Judge's findings.

Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court hereby adopts the findings and conclusions of the Magistrate Judge.

1

Plaintiff's motion for default judgment (D.E. 12) is GRANTED. The Court enters judgment in favor of the United States as follows:

| | |
|---|---|
| Principal Balance | $ 2,387.50 |
| Interest as of April 10, 2007 | $ 2,734.62 |
| Plus prejudgment interest at the rate of $0.52 per day from April 10, 2007 | |
| District Court Filing fee | $ 350.00 |
| Process Server fee | $ 55.00 |
| Judgment Recording fee | $ 18.00 |
| Attorney's Fees | $ 550.00 |

Plus post judgment interest at the prevailing rate.

ORDERED this __23__ day of __July__, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE

2